**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ROBERT A. WILLIAMS,**

**Plaintiff,**

**vs.**

**JOE STEINHAUER,**

**Defendant.**                                    **No. 01-CV-716-DRH**

**<u>MEMORANDUM AND ORDER</u>**

**HERNDON, District Judge:**

On October 29, 2001, Plaintiff Robert A. Williams ("Plaintiff"), an inmate, filed a complaint against Defendant Joe Steinhauer ("Defendant") and several other individuals seeking relief for injuries he alleged to have suffered in an incident at St. Clair County Jail.  (Doc. 1.)  At this point, Defendant Steinhauer is the only Defendant remaining in the case.  Plaintiff seeks $3,500 in compensatory damages and $7,500 in punitive damages.

This matter comes before the Court on a Report and Recommendation ("the Report") filed by U.S. Magistrate Judge Phillip J. Frazier on March 7, 2006 pursuant to **28 U.S.C. § 636(b)(1)(B)**.  (Doc. 26.)  Judge Frazier's Report recommends that Plaintiff be awarded $3,500 in compensatory damages.  (*Id.*)

Under **Rule 73.1** of the **Local Rules of the Southern District of Illinois**, the parties had ten days in which to serve and file written objections to the

Report.  As of this date, no objections have been filed.  The ten-day period in which parties may file objections has expired.  Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 26), and **ENTERS** judgment in favor of Plaintiff and against Defendant Steinhauer in the amount of $3,500 for compensatory damages, and against Plaintiff and in favor of Defendant Steinhauer as to punitive damages.

**IT IS SO ORDERED.**

Signed this 27th day of March, 2006.

/s/          David   RHerndon
**United States District Judge**