IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT A. WILLIAMS,**

        **Plaintiff,**

       **-vs-**                                 **No. 01-CV-716 DRH**

**JOE STEINHAUER,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Plaintiff's Motion for Default Judgment is **GRANTED**. Judgment is entered in favor of Plaintiff **ROBERT A. WILLIAMS** and against Defendant **JOE STEINHAUER** in the amount of $3,500 for compensatory damages, and against Plaintiff and in favor of Defendant Steinhauer as to punitive damages. ----------------------------------------------------------------------------------------------------------

                                                                         **NORBERT G. JAWORSKI, CLERK**

March 27, 2006.                                                  BY: s/Patricia Brown
                                                                                  Deputy Clerk

APPROVED: /s/  David  RHerndon
                **U.S. DISTRICT JUDGE**