IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT A. WILLIAMS,**

**Plaintiff,**

**vs.**

**JOE STEINHAUER,**

**Defendant.**                                              **No. 01-CV-716-DRH**

## ORDER

**HERNDON, District Judge:**

      Before the Court is a motion submitted by Plaintiff Robert A. Williams ("Plaintiff") that this Court construes as a motion to appoint counsel. (Doc. 29.) On March 27, 2006, this Court entered default judgment in this matter in favor of Plaintiff and against Defendant Joe Steinhauer ("Defendant"). (Doc. 28.) That closed this case. No issue in this matter has been left unresolved. Therefore, the Court must **DENY** Plaintiff's motion. (Doc. 29.) Further, to the extent Plaintiff desires to have Defendant send his mother the amount he is owed, that matter is left to the parties.

      **IT IS SO ORDERED**.

      Signed this 7th day of August, 2006.

                                      /s/     David RHerndon
                                      **United States District Judge**